# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHARLEY HUGHES, JR.,

*Plaintiff*,

vs.

Case No. 15-3158-EFM-DJW

MARIA BOS, et al.,

*Defendants*.

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff Charley Hughes, Jr., filed an Amended Complaint in this case on October 20, 2016, adding Keshia Lee and Douglas Burris as Defendants. The files and records of the Court disclose that no service of summons and the complaint has been accomplished on Defendants Lee and Burris. Federal Rule of Civil Procedure 4(m) provides as follows: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Plaintiff is hereby directed to show good cause in writing to the Honorable Eric F. Melgren on or before October 9, 2017, why service of the summons and complaint was not made in this case upon Defendants Lee and Burris within 120 days from the filing of the complaint. Plaintiff shall further show good cause in writing to Judge Melgren why this action should not be dismissed as to Defendants Lee and Burris in its entirety without prejudice.

The Clerk of this Court is directed to forward a copy of this Notice and Order to Show Cause to Plaintiff.

**IT IS SO ORDERED**,

Dated this 11th day of September, 2017, in Wichita, Kansas.

*Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE